UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH NERI, et al., | Case No.: 3:13-cv-5180 KAW |
| Plaintiffs, | ORDER GRANTING ADMINISTRATIVE MOTION TO FILE COMPLAINT UNDER SEAL |
| v. | |
| THE TENNIS VILLAS AT BLACKHAWK ASSOCIATION, INC. et al., | |
| Defendants. | |

Plaintiffs move for an order to file the complaint in this case under seal. Plaintiff Seth Neri is a police officer. His street address, city of residence, and the city where he is employed as a police officer were included in the complaint. Plaintiffs assert that their safety is at risk given that this information was listed in the complaint.

Disclosure of Neri's home address could expose him and his family to harm. This justifies the filing of the complaint in this case under seal. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1182 (9th Cir. 2006) (affirming magistrate judge's decision to seal home addresses and social security numbers of law enforcement officers to avoid exposing them and their families "to harm or identity theft"). Moreover, the proposed redactions are appropriately limited to Neri's street address, his city of residence, and the city where he is employed as a police officer. This complies with the requirement that a request to file a document under seal "be narrowly tailored to seek sealing only of sealable material . . . ." CIVIL L.R. 79-5(b).

For these reasons, Plaintiffs' motion to file the complaint in this case under seal is granted.

IT IS SO ORDERED.

Dated: November 19, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge

1