UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SETH NERI; CAROLYNN NERI; Z.N., J.N., and L.N., minors, by and through their Guardian Ad Litem, CAROLYNN NERI,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE TENNIS VILLAS AT BLACKHAWK ASSOCIATION, INC.; and ALVAND, INC., d.b.a., COMMUNITY ASSOCIATION MANAGEMENT,<br><br>　　　　Defendants. | No. 4:13-CV-05180-KAW<br><br>ORDER RE PLAINTIFFS' COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AT ~~INITIAL~~ CASE MANAGEMENT CONFERENCE |

　　The Court having considered plaintiffs' counsel's request to appear telephonically at the Case Management Conference, which is set for May 27, 2014, and good cause appearing therefor,

1

IT IS ORDERED:

Plaintiffs' counsel, Stuart E. Fagan, may appear telephonically at the ~~initial~~ case management conference.

Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at http://cand.uscourts.gov/kaworders. This includes personally arranging the telephonic appearance with CourtCall-a paid, private service-in advance of the hearing date.

Dated: May 21, 2014

KANDIS A. WESTMORE
United States Magistrate Judge