**LAW OFFICES OF STUART E. FAGAN**
STUART E. FAGAN, State Bar No. 152732
P.O. Box 503741
San Diego, California 92150-3741
Telephone: (858) 220-9601
Facsimile: (858) 676-5339
Email: fairhousinglawyer@sbcglobal.net

Attorneys for Plaintiffs Seth Neri, Carolynn Neri,
Z.N., J.N., and L.N.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SETH NERI; CAROLYNN NERI; Z.N., J.N., and L.N., minors, by and through their Guardian Ad Litem, CAROLYNN NERI,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE TENNIS VILLAS AT BLACKHAWK ASSOCIATION, INC.; and ALVAND, INC., d.b.a., COMMUNITY ASSOCIATION MANAGEMENT,<br><br>    Defendants. | No. 4:13-CV-05180-KAW<br><br>ORDER RE PLAINTIFFS' COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Mag. Judge: Kandis A. Westmore<br>Date:       June 24, 2014<br>Time:       1:30 p.m. |

The Court having considered plaintiffs' counsel's request to appear telephonically at the Case Management Conference, which is set for June, 2014, at 1:30 p.m., and good cause appearing therefor,

1

IT IS ORDERED:

Plaintiffs' counsel, Stuart E. Fagan, may appear telephonically at the ~~initial~~ further case management conference set for June 24, 2014 at 1:30 p.m.

Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at http://cand.uscourts.gov/kaworders. This includes personally arranging the telephonic appearance with CourtCall-a paid, private service-in advance of the hearing date.

Dated: June 20, 2014

KANDIS A. WESTMORE
United States Magistrate Judge

2