UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH NERI, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>THE TENNIS VILLAS AT BLACKHAWK ASSOCIATION, INC. et al.,<br><br>        Defendants. | Case No.: 3:13-cv-5180 KAW<br><br>ORDER REGARDING STIPULATION RE MINORS' COMPROMISES |

On July 17, 2014, the parties in the above-captioned case filed a "Stipulation re Minors' Compromises," Dkt. No. 51. In the filing, the parties "stipulate to the approval of the compromise of the minor's [*sic*] claims because the settlement is fair and reasonable in light of the facts of the case, the minor's [*sic*] specific claims, and recovery in similar cases." *Id.* at 1. In support of their stipulation, the parties attach the declaration of Carolyn Neri, the minors' guardian ad litem. (Neri Decl., Dkt. No. 51-1.) In her declaration, Ms. Neri "recommend[s] the compromise settlement to the court as being fair, reasonable, and in the best interests of Claimants and request that the court approve this compromise settlement . . . ." (*Id.* ¶ 6.)

The parties' filing does not include a copy of the proposed minors' compromises, which this Court must "independently investigate and evaluate . . . to assure itself that the [minors'] interests are protected . . . even if the settlement has been recommended by the [minors'] parent or guardian ad litem." *Salmeron v. United* States, 724 F.2d 1357, 1364 (9th Cir. 1983). Accordingly, the parties shall promptly file a copy of the proposed minors' compromises.

IT IS SO ORDERED.

Dated: July 28, 2014

                                                           KANDIS A. WESTMORE<br>
                                                           United States Magistrate Judge