**LAW OFFICES OF STUART E. FAGAN**
STUART E. FAGAN, State Bar No. 152732
P.O. Box 503741
San Diego, California 92150-3741
Telephone: (858) 220-9601
Facsimile: (858) 676-5339
Email: fairhousinglawyer@sbcglobal.net

Attorneys for Plaintiffs Seth Neri, Carolynn Neri, Z.N., J.N., and L.N.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH NERI; CAROLYNN NERI; Z.N., J.N., and L.N., minors, by and through their Guardian Ad Litem, CAROLYNN NERI,<br><br>Plaintiffs,<br><br>v.<br><br>THE TENNIS VILLAS AT BLACKHAWK ASSOCIATION, INC.; and COMMUNITY ASSOCIATION MANAGEMENT, a business of unknown form,<br><br>Defendants. | No. 4:13-CV-05180-KAW<br><br>DECLARATION OF STUART E. FAGAN IN SUPPORT OF JOINT STIPULATION TO APPROVE COMPROMISE OF MINORS' CLAIMS |

I, Stuart E. Fagan, declare:

1. I have personal knowledge of the facts contained within this declaration, and if called as a witness, would and could competently testify to them.

2. After a private mediation before the Court-appointed neutral, the parties entered into a confidential settlement agreement. Except as disclosure is required to

effectuate the terms of the settlement, the terms of the settlement agreement are confidential. With respect to the minor children, each of the minors is to receive $9,000. Said sums are net recoveries.

3. A true and correct copy of the Winter 2008 issue of Fair Housing News is attached as Exhibit No. 1.

4. A true and correct copy of the consent decree entered in *Fair Housing Council of San Gabriel Valley, Inc., v. Rivera Townhomes*, Case No. 2:02-CV-5163-PA-CT (C.D. Cal. 2-13-2003) is attached as Exhibit No. 2.

5. A true and copy of the Findings and Recommendations Regarding Motion for Approval of Minors' Compromise issued in *Fair Housing Council of Central California v. Ephesians Management & Holding, LLC*, Case No. 1:09-CV-0682-AWI-DLB (E.D. Cal. 3-24-2010) is attached as Exhibit No. 3.

6. A true and correct copy of the order issued in *Monroe v. Cowing Litton Properties, LLC,* Case No. 8:11-CV-0479-CJC-MLG (C.D. Cal. 12-5-2011) is attached as Exhibit No. 4.

Executed this 29th day of July 2014, at San Diego, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Stuart E. Fagan
Stuart E. Fagan