HOUSING RIGHTS CENTER
A Non-Profit Corporation
GARY RHOADES, ESQ. (State Bar No. 166149)
DANIELLE JONES, ESQ. (State Bar No. 198524)
520 S. Virgil Avenue, Suite 400
Los Angeles, CA 90020
Phone: (213) 387-8400
Fax: (213) 381-8555

Attorneys for Plaintiffs

FILED
CLERK, U.S. DISTRICT COURT
FEB 12 2003
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY
SCANNED

Priority
X Send
Clsd
X Enter
JS-5/JS-6
JS-2/JS-3

LODGED

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FAIR HOUSING COUNCIL OF SAN GABRIEL VALLEY, INC.; EDGAR ESTRADA; JENNY ESTRADA; EDGAR ESTRADA, minor, by his guardian ad litem, JENNY ESTRADA; CYNTHIA ESTRADA, a minor, by her guardian ad litem, JENNY ESTRADA; DELIA GOMEZ; BETSY GOMEZ, a minor, by her guardian ad litem, DELIA GOMEZ; HECTOR GONZALEZ; JULIA SAK; CYNTHIA SARAVIA, a minor, by her guardian ad litem, JULIA SAK; ANA PADILLA; ALEX CRUZ, a minor, by his guardian ad litem, ANA PADILLA; ADELE SAMORANO; MARC SAMORANO, a minor, by his guardian ad litem, ADELE SAMORANO; WALTER RIOS; MICHEAL RIOS, a minor, by his guardian ad litem, WALTER RIOS; MABEL SARABIA; and AYELEU NASYA GIMENEZ, a minor, by her guardian ad litem, MABEL SARABIA; all individually and on behalf of the GENERAL PUBLIC,

Plaintiffs,

vs.

RIVERA TOWNHOUSE HOMEOWNERS' ASSOCIATION; BALDWIN REAL ESTATE MANAGEMENTI BALDWIN REALTY CO; GORDON HARRY MADDOCK, individually and as owner and officer of BALDWIN; and DANIEL FEYER,

Defendant

**CASE NO. 02-CV-5163 PA (CTx)**

**[~~PROPOSED~~] CONSENT DECREE AND FINAL ORDER**

ENTER ON ICMS
FEB 14 2003

RECITALS

Plaintiffs have alleged that defendants RIVERA TOWNHOUSE HOMEOWNERS' ASSOCIATION, BALDWIN REAL ESTATE MANAGEMENT, BALDWIN REALTY CO., GORDON HARRY MADDOCK, DANIEL FEYER and their agents and employees violated the *Federal Housing Act,* codified at 42 U.S.C. 3601, et seq., the *California Fair Employment and Housing Act*, codified at *California Government Code,* §§ 12900, et seq., and other related state statutes. Specifically, Plaintiffs alleged defendants RIVERA TOWNHOUSE HOMEOWNERS' ASSOCIATION, BALDWIN REAL ESTATE MANAGEMENT, BALDWIN REALTY CO, GORDON HARRY MADDOCK, DANIEL FEYER and their agents and employees discriminated against residents on the basis of familial status in the management of a condominium complex located at 9010 Burke St. in Pico Rivera, California. Specifically, plaintiffs alleged that defendants injured plaintiffs through a policy that limited the families' ability to spend time in the common areas at the complex.

Defendants have denied all material allegations made by plaintiffs in their operative Complaint, and specifically deny that they have discriminated against tenants on the basis of familial status.

The plaintiffs and defendants have agreed that in order to avoid protracted and costly litigation the controversy should be resolved without a trial or adjudication on the merits and therefore have consented to entry of this decree and order.

The parties warrant and represent that they have not otherwise assigned their claims or defenses alleged herein and that they have authority to execute this agreement..

**ORDER**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that pursuant to the agreement of the plaintiffs and defendants:

A. Defendants and/or their insurer shall make a one-time payment of One-hundred thirty thousand (130,000) to the plaintiffs, by bank draft made payable to the "Client Trust Account of the Housing Rights Center" and delivered to plaintiffs' attorney Gary Rhoades at the

Housing Rights Center, 520 S. Virgil Ave., Los Angeles, CA 90020. This one-time payment shall constitute a compromise settlement of all claims of the plaintiffs for damages, as well as all claims of the plaintiffs and, for recovery of any attorney's fees and costs, whether incurred pre-litigation or post-litigation. This one-time payment shall be made by February 15, 2003.

B. The plaintiffs and defendants shall execute mutual waivers and releases indicating that this Consent Decree and Order constitutes a full and final settlement of any and all claims of the plaintiffs their, agents, employees, testers, assigns and attorneys, which relate to the subject matter of this litigation. The mutual waivers and releases shall include a waiver of all known and unknown claims and a waiver of the rights of all parties, pursuant to *California Civil Code*, § 1542. The waiver and release is attached as Ex. 1 as an unsigned document.

C. Defendants, and any subsequent resident manager or leasing agent acting on behalf of defendants with respect to the rental premises described in plaintiffs' First Amended Complaint shall comply with the following terms during the duration of this Order:

1. Amend the rules at the subject property, a process which the parties acknowledge has already begun.

2. Defendants, their employees, and board members shall attend a Fair Housing training session, conducted by the Housing Rights Center at no cost within six (6) months of the date of entry of this Order. The reference to Defendant Baldwin Realty in this sub-section only refers to Mr. Maddock, Ms. Susan Ferlisi, and two other currently employed agents who are involved in property management. It does not include any other employees or agents at Baldwin Realty;

3. Post a Fair Housing sign, Form HUD-928.1, (as already required by law) for display in Baldwin's office.

4. Provide each employee with a copy of the Consent Decree and obtain written verification that they have received, read and understand the terms herein. Alternatively, defendants may include the terms, inclusive above, in an employee handbook or other document signed by every employee. The reference to Defendant Baldwin Realty in this sub-section only refers to Mr. Maddock, Ms.

Susan Ferlisi, and two other currently employed agents who are involved in property management. It does not include any other employees or agents at Baldwin Realty.

6. This Order shall be in effect for two (2) years from the date of entry, and the Court shall retain jurisdiction for the purposes of enforcement. This Order will terminate at the end of the two year period. The Complaint will be dismissed forthwith.

7. The parties agree to attempt to resolve in good faith any disputes that arise under the terms of this Order. In that regard, the parties agree to utilize a notice-and-cure procedure before applying to the Court for enforcement of any term of this Consent Decree and Order. The parties agree to the following schedule for a Notice and Cure period with respect to any dispute that may arise:

a. If a dispute arises, the party claiming a violation of any term of this Consent Decree will give written notice of the nature and extent of the alleged violation to the parties as follows:

i) Written notice to the Housing Rights Center will be given to Gary Rhoades, Esq., of the Housing Rights Center, 520 S. Virgil Ave., Los Angeles CA 90020.

ii) Written notice to the defendants will be given to Rinat Klier-Erlich, Esq., 660 South Figueroa St, 23 Floor, Los Angeles CA 90017; Bradley Bush, Esq.,; and the current president of the Rivera Townhomes Homeowners' Association..

iii) The defendant receiving notice will have ten (10) days to respond in writing to the Notice of the alleged violation. If the person receiving notice does not respond in or if the parties cannot resolve the dispute concerning the alleged violation, within ten (10) days thereafter, then a party to the Consent Decree may apply to the Court for purposes of enforcement.

IT IS SO ORDERED.

Dated: February 11, 2003

DISTRICT JUDGE PERCY ANDERSON

SCANNED

APPROVED AS TO FORM AND CONTENT:

DATED: Feb. 10, 2003

HOUSING RIGHTS CENTER
A Non-Profit Corporation

Gary W. Rhoades
GARY W. RHOADES
Attorneys for Plaintiffs

DATED: ______________, 2003

EVEN, CRANDALL, WADE, LOWE & GATES

BRADLEY BUSH
Attorneys for Defendants

DATED: Feb 3, 2003

MANNING & MARDER

RINAT B. KLIER-ERLICH
Attorneys for Defendants

SCANNED

APPROVED AS TO FORM AND CONTENT:

DATED: ____________, 2003

HOUSING RIGHTS CENTER
A Non-Profit Corporation

______________________________
GARY W. RHOADES
Attorneys for Plaintiffs

DATED: 2-4, 2003

EVEN, CRANDALL, WADE, LOWE & GATES

______________________________
BRADLEY BUSH
Attorneys for Defendants

DATED: ____________, 2003

MANNING & MARDER

______________________________
RINAT B. KLIER-ERLICH
Attorneys for Defendants

# CERTIFICATE OF SERVICE

I am over the age of 18 years and am not a party to the within action. My business address is 520 S. Virgil Avenue Suite 400, Los Angeles CA 90020.

On February 10, 2003, I served a true and correct copy of the following document(s):

**[PROPOSED] CONSENT DECREE AND FINAL ORDER**

upon the following person(s):

Bradley Bush
Even, Crandall, Wade, Lowe and Gates
21031 Ventura Blvd. Suite 801
Woodland Hill, CA 91364-2218

Rinat B. Klier-Erlich
Manning, Marder
660 S. Figueroa St., 23rd Floor
Los Angeles, CA 90017

in the following manner(s):

| | |
|---|---|
| | **BY HAND DELIVERY:** By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above. |
| X | **BY MAIL**: By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Pasadena, California, addressed as set forth above. |
| | **BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY)**: By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day. |
| | **BY FACSIMILE**: By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above. |

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 10, 2003, at Los Angeles, California.

Patricia Perez

Patricia Perez