JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MONROE, an individual, HEIDI MONROE, an individual, G.M., a minor by and through her GUARDIAN AD LITEM HEIDI MONROE, V.M., a minor by and through her GUARDIAN AD LITEM HEIDI MONROE; FELIPE BRAUNTHAL, an individual, JAMIE WELLS, an individual, B.B., a minor by and through her GUARDIAN AD LITEM JAMIE WELLS ;<br><br>Plaintiffs,<br><br>v.<br><br>COWING LITTON PROPERTIES I, LLC; DANNY R. LITTON, an individual, and DOES 1 THRU 10, INCLUSIVE,<br><br>Defendants | No. SACV-11-0479 CJC (MLGx)<br><br>**ORDER GRANTING PETITION OF HEIDI MONROE TO APPROVE MINORS' COMPROMISES**<br><br>Date: December 5, 2011<br>Time: 1:30<br>Dept: 9B<br>Judge: Hon. Cormac J. |

The Petition of Plaintiff Heidi Monroe to Approve Compromise of Claims of Minor Plaintiffs G.M. and V.M. came on regularly for hearing by the court on December 5, 2011, in Department 9B of the above-entitled court before the Honorable Cormac J. Carney.

After considering the Petition, argument of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED THAT:

1. The petition is granted and the compromise is approved. Plaintiffs Genevieve Monroe and Vivienne Monroe (the minor plaintiffs) shall each receive $3,500 by way of settlement.

2. Within 48 hours of receipt of a check payable to the order of the Petitioner as trustee for the respective Claimants, Petitioner must deposit the checks in the Petitioner's name as trustee for the respective Claimants in blocked accounts at a federally insured bank or credit union.

3. Petitioner must deliver to each depository at the time of deposit a copy of this order.

4. The blocked accounts belong to minors. As to the minors, they are as follows:

Genevieve Monroe - Date of Birth 11-21-05

Vivienne Monroe - Date of Birth 9-15-08

5. No withdrawals of principal or interest may be made from the blocked accounts without a written order under this case name and number, signed by a judge, and bearing the seal of this court, until the respective minors attain the age of 18 years. When the respective minor attains the age of 18 years, the depository, without further order of this court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

6. The Petitioners are authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement.

7. Bond is waived.

IT IS SO ORDERED.

Dated: December 5, 2011

United States District Judge