1  Matthew P. Harrington, Esq., State Bar No. 77693
   **HUGHES GILL COCHRANE, P.C.**
2  1600 S. Main Street, Suite 215
   Walnut Creek, California 94596
3  Telephone:       925-926-1200
   Facsimile:       925-926-1202
4
   Attorneys for Defendants
5  THE TENNIS VILLAS AT BLACKHAWK
   ASSOCIATION, INC.
6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA- OAKLAND DIVISION**

10

11 | SETH NERI; CAROLYNN NERI; Z.N., J.N., and L.N., minors, by and through their Guardian Ad Litem, CAROLYNN NERI | Case No. 4:13-CV-05180-KAW |

Plaintiff,

**ORDER APPROVING STIPULATION OF DISMISSAL**

vs.

THE TENNIS VILLAS AT BLACKHAWK ASSOCIATION, INC.; and ALVAND, INC., d.b.a., COMMUNITY ASSOCIATION MANAGEMENT,

Defendants.
_____/

The Court having considered the Stipulation of Dismissal filed by the parties on August 15, 2014, hereby orders that the Stipulation of Dismissal is approved.

IT IS SO ORDERED.

DATED: ____8/22_____, 2014

*Kandis Westmore*
Kandis A. Westmore
United States Magistrate Judge

ORDER APPROVING STIPULATION OF DISMISSAL

1